JULIA M. JAYNE (State Bar No. 202753)
Jayne Law Group, P.C.
403 Hearst Avenue
Berkeley, CA 94710
Email: julia@jaynelawgroup.com
Phone: (415) 623-3600

Attorneys for OZYMANDIAS TROY WATSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 4:23-MJ-70144-MAG |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO CONTINUE** |
| | ) **PRELIMINARY HEARING AND** |
| | ) **EXCLUDE TIME FROM DECEMBER** |
| OZYMANDIAS TROY WATSON, | ) **8, 2023 TO DECEMBER 15, 2023 AND** |
| | ) **ORDER** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The above-captioned case was recently continued and scheduled for a preliminary hearing/arraignment on December 8, 2023 at 10:30 am to allow additional time for the parties to engage in discussions about potential resolution prior to Indictment, for defense to review discovery, and for Pretrial Services to complete its full CAP assessment. Since the filing of the last stipulation, defense counsel has encountered a conflict due to travel out of the area. Thus, the parties request that the December 8, 2023 hearing be continued one week to **December 15, 2023**.

The parties represent that good cause exists and therefore agree to extend the deadlines for a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure and exclude time under the "Speedy Indictment" provisions of the Speedy Trial Act. *See* 18 U.S.C. § 3161(b). Accordingly, the parties hereby stipulate and agree to a new hearing date on **December 15, 2023,** for preliminary hearing or arraignment. The parties also stipulate and agree to request that the time

1

between **December 8, 2023 and December 15, 2023** be excluded to facilitate discussions related to resolution prior to Indictment, and for effective preparation pursuant to 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: October 30, 2023

_____/s/_____
**KENNETH CHAMBERS**
Assistant United States Attorney

DATED: October 30, 2023

_____/s/_____
**JULIA JAYNE**
Counsel for Defendant Ozymandias Watson

## ORDER

The above-entitled matter is currently scheduled for preliminary hearing/arraignment on **December 8, 2023**, at **10:30 am**. The parties are requesting a continuance to **December 15, 2023**. The parties are seeking this continuance in order to engage in discussions about potential resolution of this matter prior to Indictment, for defense counsel to review discovery that has been produced, and for Pretrial Services to complete its full CAP assessment. With the consent of the United States, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to the date set forth below, and based on parties' showing of good cause, finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The parties have agreed to waive and exclude time for the preliminary hearing under the Speedy Trial Act. The government has no objection to this proposed continuance. Therefore, for good cause shown the hearing currently scheduled on **December 8, 2023** shall be vacated. The

2

STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING
CASE NO.: 4:23-MJ-70144-MAG

matter shall be continued until **December 15, 2023**. The time shall be excluded from the running of the speedy trial clock for effective preparation of counsel under U.S.C. § 3161(h)(7).

**IT IS SO ORDERED**.

Dated:  October 31, 2023

By: _____
     HON.  DONNA M. RYU
     CHIEF MAGISTRATE JUDGE

3

STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING
CASE NO.: 4:23-MJ-70144-MAG