JULIA M. JAYNE (State Bar No. 202753)
Jayne Law Group, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Email: julia@jaynelawgroup.com
Phone: (415) 623-3600

Attorneys for OZYMANDIAS TROY WATSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>OZYMANDIAS TROY WATSON,<br><br>        Defendant.<br>_____ | )  NO. 25-cr-0016 HSG<br>)<br>)  **STIPULATION AND ORDER TO**<br>)  **MODIFY DEFENDANT'S PRETRIAL**<br>)  **RELEASE CONDITIONS TO PERMIT**<br>)  **TRAVEL**<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant Ozymandias Watson makes the following request of the Court:

1.      Mr. Watson is currently enrolled in LEADS subject to the condition that he may not travel outside the Northern and Central Districts of California.

2.      Mr. Watson's mother passed away unexpectedly in early September 2025. She lived in Austin, Texas.

3.      He seeks permission to return to Austin on June 10, 2026, by air travel, returning on June 12, 2026. While there, he needs to take care of his mother's probate-related matters. He would return to San Francisco by the evening of June 12, 2026.

5.      Therefore, Mr. Watson requests that his release conditions should be temporarily modified to permit him to travel to the Western District of Texas from June 10 through June 12, 2026.

6.      Pretrial Services Officer Gustavo Rangel has no objection to this request.

7.      Assistant United States Attorney, Kenneth Chambers has no objection to this request.

1

8.    Counsel raised this issue at Mr. Watson's status conference before Judge Gilliam on May 27, 2026, acknowledging the lack of objections, and the Court advised simply filing a stipulation.

9.    Mr. Watson will provide his pretrial services officer with his itinerary, including the method of travel, all flight details, and the addresses he will stay at.

Respectfully submitted,

DATED:    May 27, 2026        /s/ _____
JULIA M. JAYNE
Counsel for Defendant O. Watson

**ORDER**

PURSUANT TO THE ABOVE, IT IS SO ORDERED. Mr. Watson is permitted to travel outside the Northern District of California to the Western District of Texas on June 10-12, 2026 by plane. All other pretrial release conditions remain the same.

Mr. Watson shall also provide his pretrial services officer with his itinerary, including the method of travel, his flight details, and the addresses he will stay at.

DATED: May 28, 2026

By: _____
HON. AJAY KRISHNAN
UNITED STATES MAGISTRATE JUDGE

2

ORDER
CASE NO.: 25-CR-0016 HSG